Kevin G. Little, SBN 149818
Michelle Tostenrude, SBN 290121
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, CA 93747
Telephone: (559) 342-5800
Facsimile: (559) 420-0839
E-Mail: kevin@kevinlittle.com

Attorneys for Plaintiff Yvonne Peoples

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| YVONNE PEOPLES, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CHILDREN'S HOSPITAL OF CENTRAL CALIFORNIA, DOES 1-10,<br><br>　　　　　　Defendants. | Case No.: 1:19-cv-00272-LJO-SKO<br><br>**ORDER RE: PLAINTIFF'S APPLICATION FOR A BRIEF EXTENSION OF TIME TO FILE HER OPPOSITION TO THE DEFENDANT'S MOTION TO COMPEL ARBITRATION AND RELATED STAY OF PROCEEDINGS** |

This matter is before the Court on the application of plaintiff Yvonne Peoples for a brief extension of time to file her opposition to the pending motion to compel arbitration and for a related stay of proceedings filed by the defendant. Dkt. No. 13.

Finding the application to be supported by good cause, it is granted. Plaintiff shall submit her opposition by no later than April 17, 2019. Any reply is now due on April 24, 2019, and the new hearing date is May 1, 2019, at 8:30 a.m. in Courtroom 4, before the undersigned.

IT IS SO ORDERED.

Dated: **April 11, 2019**　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE