# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE PEOPLES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHILDREN'S HOSPITAL OF CENTRAL CALIFORNIA,<br><br>　　　　　　Defendant. | Case No. 1:19-cv-00272-LJO-SKO<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO SEAL DOCUMENTS IN ACCORDANCE WITH LOCAL RULE 141**<br><br>**(Doc. 43)** |

On March 14, 2019, the Court granted Defendant's request to seal the eight-page "Settlement Agreement and Release" entered into between the parties on October 11, 2016 (the "Settlement Agreement"). (*See* Docs. 6, 9.)

On August 15, 2019, Defendant submitted a request to seal (the "Request to Seal") the unredacted version of its Memorandum of Points and Authorities in Support of Defendant's Renewed Motion to Compel Arbitration and Dismiss or Stay Litigation (the "Memorandum of Points and Authorities"). (*See* Doc. 43.) Defendant's Request to Seal states that the Memorandum of Points and Authorities "refers to the provisions" of the previously-sealed Settlement Agreement. (*Id.* at 1.) Defendant attached the unredacted version of the Memorandum of Points and Authorities to the Request to Seal submitted to the Court and opposing counsel. (*See id.* at 1–2.)

Pursuant to Local Rule 141(b), a request to seal a document "shall set forth the statutory or other authority for sealing, the requested duration, the identity, by name or category, of persons to be permitted access to the documents, and all other relevant information." L.R. 141(b). "Only if good cause exists may the Court seal the information from public view after balancing 'the needs for discovery against the need for confidentiality.'" *Koloff v. Metro. Life Ins. Co.*, No.

113CV02060AWIJLT, 2014 WL 12573330, at *1 (E.D. Cal. July 9, 2014) (quoting *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. Cal. 2010)). A party may submit an opposition to a request to seal documents within three days of the date of service of the request. L.R. 141(c).

Plaintiff Yvonne Peoples has not submitted an opposition to Defendant's Request to Seal, and the time to do so has expired. *See id.* Defendant's Request to Seal is therefore deemed unopposed. Defendant has complied with Local Rule 141, and in view of the document's references to the previously-sealed Settlement Agreement, the Court finds that good cause exists to allow Defendant to file under seal the unredacted version of its Memorandum of Points and Authorities.

Accordingly, the Court GRANTS Defendant's unopposed Request to Seal (Doc. 43), and ORDERS that the unredacted version of Defendant's Memorandum of Points and Authorities in Support of Defendant's Renewed Motion to Compel Arbitration and Dismiss or Stay Litigation be FILED UNDER SEAL in accordance with Local Rule 141(e)(2). Defendant may file on the docket a redacted version of its Memorandum of Points and Authorities in Support of Defendant's Renewed Motion to Compel Arbitration and Dismiss or Stay Litigation.

IT IS SO ORDERED.

Dated: **August 20, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE